UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNETTE KULICK,

                Plaintiff,

-v.-

GORDON PROPERTY GROUP, LLC,
MARK BORTECK, and ROSS HIRSCH,

                Defendants.

23 Civ. 9928 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Following a pre-motion conference held on February 29, 2024 (*see* February 29, 2024 Minute Entry), on March 29, 2024, Defendants filed a motion to dismiss the then-operative complaint. (Dkt. #16). In response, on April 16, 2024, Plaintiff filed an amended complaint. (Dkt. #23). Accordingly, Defendants' motion to dismiss is DENIED as moot. Defendants are hereby ORDERED to answer or otherwise respond to the amended complaint on or before **May 17, 2024**. Should Defendants wish to renew their motion, they may dispense with the typical pre-motion letter and file their motion, along with a briefing schedule.

    The Clerk of Court is directed to terminate the pending motion at docket number 16.

    SO ORDERED.

Dated:  April 17, 2024
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge