**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/13/2025 __
```

ANNETTE KULICK,

                                        Plaintiff,                          **23-CV-09928 (KPF)(SN)**

                    -against-                                               **ORDER**

GORDON PROPERTY GROUP, LLC, MARK
BORTECK, and ROSS HIRSCH,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

          On February 12, 2025, the Honorable Katherine Polk Failla assigned this matter to my

docket for settlement. By February 20, 2025, the parties are directed to email Courtroom Deputy

Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to

schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must

generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:        February 13, 2025
              New York, New York