```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNETTE KULICK,

                        Plaintiff,              23-CV-09928 (KPF)(SN)

        -against-                                SETTLEMENT CONFERENCE
                                                         ORDER
GORDON PROPERTY GROUP LLC, et al.,

                        Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2025

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Monday, April 28, 2025, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Monday, April 21, 2025. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 5, 2025
         New York, New York