UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANNETTE KULICK,

                         Plaintiff,

      -against-

GORDON PROPERTY GROUP LLC, et al.,

                        Defendants.

---------------------------------------------------------------X

23-CV-09928 (KPF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the upcoming deadline to file motions for summary judgment, the parties are ordered to meet and confer as to whether a settlement conference would be productive. If the parties agree that a settlement conference would be productive, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov by Friday, September 26, 2025, with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 17, 2025
                 New York, New York