USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**ANNETTE KULICK,**

**Plaintiff,**

**-against-**

**GORDON PROPERTY GROUP, LLC, MARK BORTECK, and ROSS HIRSCH,**

**Defendants.**

---------------------------------------------------------------X

**23-CV-09928 (KPF)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In light of Judge Failla's Opinion and Order on Defendants' motion for summary judgment, see ECF No. 103, the parties are ordered to meet and confer as to whether a settlement conference would be productive. If the parties agree that a settlement conference would be productive, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov by Friday, September 4, 2026, with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 25, 2026
New York, New York